Samuel Nineberg, and Humphrey W. Serritella, for appellants; Samuel Nineberg, of counsel; Wilbert J. J. Wahler, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## Callie Ingram, Appellant, v. George Goodar, Appellee, and Omega Missionary Baptist Church, Intervenor-Appellee.

### Gen. No. 46,223. (Abstract of Decision.)

Prescott, Burroughs & Taylor, for appellant; Euclid Louis Taylor, and Harry G. Finns, of counsel; Aaron H. Payne, and Lycurgus J. Conner, for defendant-appellee; Lycurgus J. Conner, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## William J. Horvath, Appellee, v. Frank J. Fisher, Appellant.

### Gen. No. 46,349. (Abstract of Decision.)